62

540 A.2d 529

**Judith A. MAJOR**

v.

**Clyde D. MAJOR, Petitioner.**

Supreme Court of Pennsylvania.

Feb. 8, 1988.

## ORDER

PER CURIAM.

The petition for allowance of appeal is granted. The order of the Superior Court is modified such that this matter is remanded to the Court of Common Pleas of Luzerne County for the purpose of determining the distribution of the constructive trust. In all other respects, the order of the Superior Court is affirmed. Jurisdiction relinquished.